# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

WILFRED RIVERA JR

JAN 30 2023 AM 9:19
FILED-USDC-CT-HARTFORD

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Case No. ___3:23-cv-116___

v.                                      (To be supplied by the Court)

ZWICKER & ASSOCIATES, P.C

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. ___WILFRED RIVERA JR___ is a citizen of ___CONNECTICUT___ who
   (Plaintiff)                                         (State)
presently resides at P.o box 260222 Hartford CT 06126 ___.
                        (mailing address)

2. Defendant ___ZWICKER & ASSOCIATES, P.C.___ is a citizen of ___MASSACHUSETTS___
   (name of first defendant)                              (State)
whose address is___ 80 Minuteman Road Andover, MA 01810 ___.

3. Defendant ZWICKER & ASSOCIATES, P.C._____ is a citizen of MASSACHUSETTS_____

(name of second defendant)                              (State)

whose address is 80 Minuteman Road Andover, MA 01810_____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

HARTFORD COUNTY

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

ZWICKER & ASSOCIATES, P.C is a thirt party debt collector who is associated with AMERICAN EXPRESS who has violated the FDCPA in multiple counts and who has also committed FRAUD Debt Collection BUSINESS in the state of CONNECTICUT for attempting and alleging they have the right to collect on alleged debt and do not obtain a BUSINESS LISCENSE TO DO SO. ZWICKER & ASSOCIATES, P.C has also committed acts of RAKETEERING under TITTLE 18 USC 892 and 18 USC 1962 for attempting to collect money by an extortionate extension of credit through OBSCENE MATTERS. ZWICKER & ASSOCIATES, P.C has been DEMANDED to validate the alleged debt and their authority to collect under 15 USC 1692g and have FAILED TO DO SO. Instead ZWICKER & ASSOCIATES, P.C has sent statements which prove nothing more that there was an extension of credit by FINANCE CHARGE 15 USC 1605 which are also not sufficient evidence of a debt under court ruling PACIFIC CONCRETE FCU vs KAUANOE. ZWICKER & ASSOCIATES, P.C have also instead responding with continuing their FRAUD practices and sending two more attempts to collect money by extortionate means on two separate accounts further willfully violating the FDCPA.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** ZWICKER & ASSOCIATES, P.C has violated the FDCPA in multiple counts willfully.

ZWICKER & ASSOCIATES, P.C is liable for remedy under 15 USC 1692k

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

ZWICKER & ASSOCIATES, P.C have sent multiple debt collection letters attempting to collect on an alleged debt which violates the FDCPA as you can see in the evidence given

**Claim II:** ZWICKER & ASSOCIATES, P.C

Has committed FRAUD and RACKETEERING by attempting to collect money through obscene matters

by an extortionate extension of credit and DO NOT even have a BUSINESS license to do so in CT

Supporting Facts:

3

## Racketeering & FDCPA Violations Claim Against ZWICKER & ASSOCIATES

ZWICKER & ASSOCIATES is a debt collector defined under 15 USC 1692a(6) which states a debt collector is any person who uses instrumentality of interstate commerce, such as the mails, in any business which the principal purpose is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another. ZWICKER & ASSOCIATES has attempted to collect on an alleged debt proving so as you can see my their initial form of communication..

- ZWICKER & ASSOCIATES is in violation under Tittle 15 USC 6803-6802-6801 and 12 CFR 1002 for violating my federally protected RIGHT TO PRIVACY by obtaining my non-public identifying information without PERMISSBILE PURPOSE AND CONSENT. Under 15 USC 6821a It shall be a violation of this subchapter for any person to obtain or attempt to obtain, or cause to be disclosed or attempt to cause to be disclosed to any person, customer information of a financial institution relating to another person— (2)by making a false, fictitious, or fraudulent statement or representation to a customer of a financial institution. ZWICKER & ASSOCIATES has made a fictitious representation stating that I owe an alleged debt to them when there is no binding contract of equal consideration between I and said company to give authority to collect on any debt and obtain my identifying information without my given consent stating they can legally do so simply because they purchased the debt or are partnered with the alleged original creditor which is another violation under 15 USC 1692e(12)

- ZWICKER & ASSOCIATES is in violation under **Tittle 18 USC 892** and **18 USC 1962** for Racketeering (RICO) **15 USC 892a** which states (a)Whoever makes any extortionate extension of credit, or conspires to do so, shall be fined under this title or imprisoned not more than 20 years (A)one or more extensions of credit by the creditor had been collected or attempted to be collected by extortionate means, or the non-repayment thereof had been punished by extortionate means. ZWICKER & ASSOCIATES has in fact committed extortionate means of collection of an extension of credit because they have no authority nor contract to collect any debt with I the consumer and have acquired my identifying information and even placed the account in collection with AMEX in order to coheirs payment from me on a debt deriving from an extension of credit. Under 18 **USC 1962(a)**It shall be unlawful for any person who has received any income derived, directly or indirectly, from a pattern of racketeering activity or through collection of an unlawful debt in which such person has participated as a principal within the meaning of section 2, title 18, United States Code, to use or invest, directly or indirectly, any part of such income, or the proceeds of such income, in acquisition of any interest in, or the establishment or operation of, any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce. The Debt ZWICKER & ASSOCIATES has attempted to collect is in fact unlawful because all debt is the obligation of the Unites States under **Tittle 18 USC 8 due to HJR 192 1933.** ZWICKER & ASSOCIATES has no authority on behalf of the United states to collect on a debt that is the obligation of the corporation there for making this alleged debt unlawful and a form of Racketeering and collection by obscene matters. Due to HJR 192 of 1933 there is no real money in circulation and all debt is the obligation of the corporation so what debt is ZWICKER & ASSOCIATES attempting to collect and on behalf of the UNITED STATES? Sense there is no lawful debt in the matter said company is in fact attempting to create an extortionate extension of credit on behalf of AMERICAN EXPRESS.  ZWICKER & ASSOCIATES claims the debt allegedly came from AMERICAN EXPRESS but in fact AMERICAN EXPRESS  has conducted a consumer credit transaction with I the consumer and conducted a FINANCE CHARGE defined under **15 USC 1605** with my credit card (social#) defined under **15 USC 1602** which states "SUM of all charges" there for all is actually paid leaving no lawful debt in the matter to be collected on.  ZWICKER & ASSOCIATES has attempted to collect on an extension of credit and has entered into contract with AMERICAN to in general violate me under the FDCPA and state I owe a debt to them when **THEY DO NOT EVEN HAVE A LISCENSE TO COLLECT IN THE STATE OF CT which is FRAUD BUSINESS!!!** Said Company has not proven the validity of any debt accordingly to 15 USC 1692g and to my demands. ZWICKER & ASSOCIATES is in violation of the FDCPA under 15 USC 1692b(2) which states Any debt collector communicating with any person other than the consumer for the purpose of acquiring location information about the consumer shall—(2) not state that such consumer owes any debt". Gatestone & Co has in fact stated in their offer that "this is an attempt to collect a debt"

- ZWICKER & ASSOCIATES is stating the collection of the alleged debt is on behalf of AMERICAN EXPRESS but the letter shows pay to ZWICKER & ASSOCIATES which is false and deceptive therefor a violation of 15 U.S.Code § 1692e(10). I'm confused who the alleged debt is owed to but in fact ZWICKER & ASSOCIATES has entered into a contractual agreement with AMERICAN EXPRESS taking ownership of the alleged debt and trying to collect from me but stating that it is on behalf of AMERICAN EXPRESS to coerce payment.
- There has been fraud found in the offer shown in EXHIBIT A because it claims there is an alleged debt owed but the amount is not represented so leading me to feel confused. This offer is therefore false and deceptive, void documentation and a violation of 15 U.S.Code § 1692j by ZWICKER & ASSOCIATES. O the 4th letter there is an amount but its shown in the positive balance which leads me to believe im being paid. This is an attempt to collect a debt by obscene matters there for falling under Racketeering means.
- ZWICKER & ASSOCIATES is in willful FEDERAL violation according to 15 USC 1611. as shown in EXHIBIT A they state and have reference to the CFPB Federal laws so there for shall have competency of the laws and yet willfully Federally violate me in numerous counts and are fully aware of their Racketeering measures.
- ZWICKER & ASSOCIATES as shown in Exhibit A have claimed that they have the authority to collect on behalf of AMERICAN EXPRESS because they instead been given the account to collect on which is false and a lie. This is a violation under 15 USC 1692e(12)The false representation or implication that accounts have been turned over to innocent purchasers for value.
- ZWICKER & ASSOCIATES are in violation under 15 USC 1692e(14)The use of any business, company, or organization name other than the true name of the debt collector's business, company, or organization" for stating the alleged original creditor IS American Express but collecting on a debt in their business name and payment methods.
- ZWICKER & ASSOCIATES was DEMANDED to validate the alleged debt but instead further continued to send debt collection letters on other fraudulently furnished accounts (3) further violating the FDCPA without regard and respect to the matter at hand and on account ending in **32009** they sent statements with a different account number leading me to believe their procedures are totally **FRAUD & SLOPPY**

- Under 15 USC 1692c(a) ZWICKER & ASSOCIATES needs prior consent from either the court or the consumer before communication with the collection of any debt WHICH THEY DO NOT HAVE so are in violation under this law.

ZWICKER & ASSOCIATES are in violation under 15 USC 1692d(2) "A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

•The use of obscene or profane language or language the natural consequence of which is to abuse the hearer or reader under 15 USC 1692d(2)." ZWICKER & ASSOCIATES stating "this is an attempt to collect a debt" is obscene language (7 counts)to me and has made me feel threatened and harassed because I did not conduct any business with them and yet they have furnished an account on my behalf and tried to coerce payment from me.

Notice, it is a fact, affiant is aware, If judgment is made against ZWICKER & ASSOCIATES I, the affiant, can and will pursue class action for the amount of 500,000 to 1% of your company in accordance with 15 U.S.Code § 1692k(a)(2)(B) 15 U.S.Code § 1692k(a)(2)(B) 15 USC 1692k(a)(2)(A)15 USC 1692k(a)(2)(B)

•Notice, it is a fact, affiant is aware, when debt is not secured by real property,  ZWICKER & ASSOCIATES can only sue if the contract authorizes the ability for the debt collector to sue the affiant. I, the affiant, did not sign to any such contract to authorize a lawsuit against me and this legal action would be a violation of 15 U.S.Code § 1692i(a)(2) as well as under 15 USC 1692e(7) where consumer cannot commit a crime.

•Notice, it is a fact, affiant did not give prior consent to communication to the debt collector, ZWICKER & ASSOCIATES and the affiant alleges there was no prior consent from a court giving permission to contact I, the affiant in collection of any debts and thus this communication would be a violation of 15 U.S.Code 1692c(a) without a court order brought forth.

- Notice, it is a fact, affiant is aware in accordance with 16 C.F.R. § 433.3 ZWICKER & ASSOCIATES is not exempt from any claims or defenses as described in 16 C.F.R. § 433.2(a) as I, the affiant, may invoke, his rights as the debtor in this consumer credit contract against ZWICKER & ASSOCIATES for the unfair and deceptive practices as shown in this EXHIBIT A herein as no contract after the date of November 1, 1977 is exempt from 16 C.F.R. § 433.3.

- Notice, it is a fact, affiant is aware, in the head of the agency or its private attorney pursuant to 28 U.S.Code § 3002(1)(B) needs a contract with a to collection service to recover or locate indebtedness owed by the United States Govt in accordance with 18 U.S.Code § 8. Notice, it is a fact, affiant is aware, in the head of the agency involved in the collection of debts or collection activity when they perform any of the following conduct; administrative offset, tax refund offset, referral to private collection contractors, referral to agencies operating a debt collection center, reporting delinquencies to credit reporting bureaus, garnishing wages, and litigation or foreclosure. If  ZWICKER & ASSOCIATES has filled out a 1099c form and is continuing any of these activities they have committed tax fraud and should be reported to the IRS for a fraudulent financial gain

- ZWICKER & ASSOCIATES has committed FRAUD Business because they do not have a liscense to collect in the state of CONNECTICUT as you can see in EXHIBIT B.

- ZWICKER & ASSOCIATES is in violation under 15 USC 1644 for fraudulent use of my credit card which is defined under tittle 15 USC 1602 without my consent and permissible purpose which is fined for no less than $10,000 or imprisoned no more than 10 years as shown in EXHIBIT A. ZWICKER & ASSOCIATES have acquired my identifying information like my credit card defined under 15 USC 1602 to assemble my name , address and telephone number without consent and or binding contract to furnish an account and coheirs payment which is in commerce through obscene matters which is clear on EXHIBIT A.

•Again ZWICKER & ASSOCIATES is in clear activity of Racketeering for attempting an extortionate extension of credit trying to collect money on a alleged debt that is under the obligation of the UNITED STATES under 18 USC 8 due to HJR 192 1933 that resulted out of a CONSUMER CREDIT TRANSACTION where  a FINANCE CHARGED(sum of all charges 15 USC 1605) was applied using my credit card defined under 15 USC 1602. Not only is ZWICKER & ASSOCIATES involved in Racketeering but have also violated the FDCPA on numerous accounts and are liable under 15 USC 1692k

•ZWICKER & ASSOCIATES have DONE NOTHING BUT PROVE THERE WAS AN EXTENSION OF CREDIT UNDER A FINANCE CHARGE INVOLVING MY CREDIT CARD and have tried to collect money by an extortionate extension of credit when in reality there is no lawful debt under HJR 192 1933 and all obligation of debt is due to the corporation under 18 USC 8

ZWICKER & ASSOCIATES aside of their FRAUD BUSINESS is also in direct violation under 15 USC 1692e(3) & (13) & (9) for claiming to be a LAW FIRM and a DEBT COLLECTOR at the same time. Under this FEDERAL LAW YOU CANNOT BE A DEBT COLLECTOR AND ATTORNEY AT THE SAME TIME NOR BE REPRESENTED BY ONE there for it is a clear direct violation and evidence of BUSINESS FRAUD and failure of proper business conduct. These violations have infringed on my safety and pursuit to happiness as described in the constitution by the financial misconduct of the FEDERAL SYSTEM OF COMMERCE by ZWICKER & ASSOCIATES.

18 USC 892
18 USC 1962
18 USC 8
28 USC 3002
28 USC 3002 1(b)

As shown in the documents you can see ZWICKER & ASSOCIATES, P.C have no business license to collect in the state of CONNECTICUT which is FRAUD BUSINESS and misconduct and also a violation of my BILL OF RIGHTS because these violations have infringed on my safety and pursuit to happiness as described in the constitution by the financial misconduct of the FEDERAL SYSTEM OF COMMERCE. ZWICKER & ASSOCIATES, P.C business practices have caused me lost of mental ease and massive anxiety to where I have been not fit to perform my daily labor responsibilities.

## E. REQUEST FOR RELIEF

WHEREFORE, plaintiff demands: (state the relief you seek)

$320.000

for FDCPA violations on 44 counts x $1,000

15 USC 1644 violation on 4 counts  x $10,000

Costing me 32 hours of my labor responsibilities due to mental anguish x $2,000 per hour I deem.

Costing me 60 hours of my time outside of my life duties in order to deal with the matter and respond and gather all documents x $2,000 per hour I deem.

1000 per word I deem obscene and abusive 1000 per word "this is an attempt to collect a debt" (7,000x3 letters=$21,000)

("ZWICKER & ASSOCIATES, P.C is a debt collector. We are trying to collect a debt you owe to AMERICAN EXPRESS. We will use any information you give us to collect the debt" (1,000x28=$28,000)

$3000 for neglect and refusal to settle the matter INGOODFAITH causing inconvenience

## F. JURY DEMAND

Do you wish to have a jury trial? Yes          No NO

_____
Original signature of attorney (if any)

_____
Printed Name




(    )
_____
Attorney's full address and telephone


_____
Email address if available

_Wilfred –Jr : Rivera_
**Plaintiff's Original Signature**

_Wilfred –Jr : Rivera_
Printed Name


_P.O box 260222 Hartford CT 06126_

_(860) 983-8975_
Plaintiff's full address and telephone

_Will.abundance @yahoo.com_
Email address if available


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Hartford County_ on _01-29-23_ .
            (location)         (date)

_Wilfred –Jr : Rivera_
**Plaintiff's Original Signature**


(Rev.3/29/16)

# Zwicker & Associates, P.C.

ATTORNEYS AT LAW

*(handwritten: 15 usc 1692 e(1))*
*(handwritten: 15 usc 1692 j)*

WILFRED RIVERA
569 ZION ST APT A
HARTFORD, CT  06106-3239

*(handwritten: 15 usc 1644)*

*(handwritten: 15 usc 1692 e(11))*

THIS LAW FIRM
EMPLOYS ONE OR
MORE ATTORNEYS
ADMITTED TO
PRACTICE IN THE
FOLLOWING
STATES:

ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
KANSAS
KENTUCKY
LOUISIANA
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

**_Personal and Confidential_**                    01/10/23
Creditor: American Express
Account number ending in: 81002 [1]          File ID: 6090906

*(handwritten: [ ????  ])*

Dear WILFRED RIVERA:   *(handwritten: 15 usc 1692 e(A))*

We are writing in response to a debt validation request we received concerning the American Express® account referenced above.

As requested, we are sending copies of statements and any other relevant documentation to serve as validation of debt. If you have any questions, please contact us at (800) 370-2251.  We are available to assist you Monday through Thursday 8:00 AM – 9:00 PM and Friday 8:00 AM – 7:00 PM. (All times are Eastern).

Please note: This documentation can only be sent to the address on file.  If an update to the address is needed, the basic Card Member, or an authorized party, can call us at the phone number below to request the change of address.

*(handwritten: 15 usc 1692 (b)(2))*

                                Sincerely,

                                ZWICKER & ASSOCIATES, P.C.

*(handwritten: 15 usc 1692 f(1))*

This communication is from a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.

*(handwritten: 15 usc 1692d    15 usc 1692 e(10))*

*(right margin handwritten: 15 usc 1692 e(11))*
*(right margin handwritten: 15 usc 1692 e(9))*
*(right margin handwritten: 15 usc 1692 e(3))*

Enclosure

[1] See reverse side for important information.

**Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA  01810-1008**
Tel. (800) 363-3359  Fax (978) 686-3538  TTY (877) 249-1914
NY CITY AND YONKERS RESIDENTS ONLY CALL (877) 368-4531              DVS001AX
ZWICKERPC.COM

*(handwritten: Exhibit A)*

## **IMPORTANT INFORMATION**

OFFICE HOURS:  Monday through Thursday 8:00 AM – 9:00 PM, and Friday 8:00 AM – 7:00 PM.  (All times are Eastern).

#### Authorizing us by phone to set up payments on your account

If you and this firm agree that you can make a series of monthly payments on your account in specified amounts, you can authorize this firm by phone to initiate those payments electronically from your bank account. By (1) calling us at 800-370-2251 (NY City and Yonkers Residents Only Call 877-368-4531) or taking a call from us; (2) specifying the amounts and dates of payments which you would like to make; (3) identifying the bank account of yours which you wish to use to make the payments; and (4) electronically signing an Authorization, you authorize us to initiate payments from your account in the amounts and on the dates that you specify (and, if necessary, to electronically correct any erroneous debits or credits).  You understand that your bank may charge you a fee for any unsuccessful payment and that we have no liability for any such fee.  All ACH transactions that you authorize must comply with all applicable law and ACH network rules.  **YOU ARE NOT REQUIRED TO ARRANGE FOR OR AUTHORIZE ANY PAYMENTS OF THIS TYPE.  If you choose to provide an authorization, you can cancel it by calling us toll free at 800-370-2251 (NY City and Yonkers Residents Only Call 877-368-4531) or sending written notice to us at Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810.  Any cancellation request should be received by us at least three business days before the date on which you want the cancellation to be effective.**  Your authorization in no way limits any right you may have under federal law to stop payment of a preauthorized electronic transfer by contacting your financial institution.

New York City Department of Consumer Affairs License No. 2045431-DCA:  80 Minuteman Road, Andover, MA  01810
New York City Department of Consumer Affairs License No. 2045486-DCA:  2300 Litton Lane, Suite 200, Hebron, KY  41048
New York City Department of Consumer Affairs License No. 2048466-DCA:  1225 West Washington St., Suite 110, Tempe, AZ  85281
New York City Department of Consumer Affairs License No. 2087966-DCA:  14055 Riveredge Drive, Suite 400, Tampa, FL  33637

California DFPI License Pending

P.O.Box260222
Hartford CT 06126

To ZWICKER & ASSOCIATES, P.C
80 Minuteman Road Andover, MA 01810

Attention CFO : RON LEVENSON

# NOTICE TO VALIDATE ALLEGED DEBT

I agent, Wilfred-Jr:Rivera am here on behalf of principle WILFRED RIVERA
JR hereby request you, ZWICKER & ASSOCIATES to validate this alleged
debt for accounts ending in 81002 by providing **ALL** of the following :

1. **Original contract with the wet signature of the principle**
2. **The complete accounting ledger**
3. **Proof of a lien via UCC-11 on the property**
4. **All the material disclosures**
5. **The copy of the proof of Identity that was used as satisfactory evidence**
   **(current document issued by a federal, or state agency bearing the**
   **photographic image of the individuals face and either the signature or a**
   **physical description of the individual).**

Notice in fact, you must provide **ALL** demanded information and failure to do so will result
ZWICKER & ASSOCIATES . defaulting and the alleged debt being in fact noncollectable.
You have 7 business days from receipt of this letter to perform these duties. If you can not
do so in the allotted time. Please provide a written detail description of why this was not
achievable.  Thank you for your cooperation in this matter.

Under 15 USC 1692g I DEMAND you validate the alleged debt. You are required to stop all
collection attempts until you provide the information requested.

Wilfred-Jr:Rivera
Authorized Agent



**Blue Cash Everyday® from American Express**                    p. 1/6

WILFRED RIVERA
Closing Date 12/22/22
Account Ending 1-81002

| Customer Care: | 1-888-258-3741 |
| TTY: | Use Relay 711 |
| Website: | americanexpress.com |

| | |
|---|---|
| **New Balance** | **$259.86** |
| **Minimum Payment Due** | **$0.00** |
| **Payment Due Date** | **01/16/23** |

**Get cash back for eligible purchases when you use the Card.**
For more details about Rewards, please visit
**americanexpress.com/cashbackrewards**

**Account Summary**

| | |
|---|---|
| Previous Balance | $259.86 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$259.86** |
| **Minimum Payment Due** | **$0.00** |
| Credit Limit | $1,000.00 |
| Cash Advance Limit | $0.00 |

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 8 months | $266 |

If you would like information about credit counseling services, call 1-888-733-4139.

↪ See page 2 for important information about your account.

↪ Please refer to the **IMPORTANT NOTICES** section on **page 5.**

ⓘ Your billing inquiry is under investigation. **No payment on the amount under review of $259.86 is required at this time.** Please pay at least the Minimum Payment Due, which does not include the amount under review. If you wish to pay your balance in full, please deduct $259.86 from the New Balance indicated above. To view the status of your investigation, please visit us at **americanexpress.com/inquirycenter.**

*Continued on page 3*

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending 1-81002**

Enter 15 digit account # on all payments.
Make check payable to American Express.

WILFRED RIVERA
261086 PO BOX
HARTFORD CT 06126-1086

Payment Due Date
**01/16/23**

Minimum Payment Due
**$0.00**

See reverse side for instructions on how to update your address, phone number, or email.


AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$_____ . ____
**Amount Enclosed**

000025986000000000 18 Ħ

WILFRED RIVERA                     Account Ending 1-81002                                    p. 2/6

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

---

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



## Blue Cash Everyday® from American Express

p. 1/6

WILFRED RIVERA
Closing Date 10/21/22
Account Ending 1-81002

| | |
|---|---|
| **Customer Care:** | 1-888-258-3741 |
| **TTY:** | Use Relay 711 |
| **Website:** | americanexpress.com |

| | |
|---|---|
| **New Balance** | **$259.86** |
| **Minimum Payment Due** | **$259.86** |
| Includes the past due amount of $189.00 | |
| **Payment Due Date** | **11/16/22** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 11/16/22, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

### Get cash back for eligible purchases when you use the Card.

For more details about Rewards, please visit
**americanexpress.com/cashbackrewards**

### Account Summary

| | |
|---|---|
| Previous Balance | $217.45 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$40.00 |
| Interest Charged | +$2.41 |

| | |
|---|---|
| **New Balance** | **$259.86** |
| **Minimum Payment Due** | **$259.86** |
| Credit Limit | $1,000.00 |
| Cash Advance Limit | $0.00 |

→ See page 2 for important information about your account.

→ Please refer to the **IMPORTANT NOTICES** section on **page 5.**

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/pbc

 **Pay by Phone**
1-800-472-9297

**Account Ending 1-81002**

Enter 15 digit account # on all payments.
Make check payable to American Express.

WILFRED RIVERA
260222 PO BOX
HARTFORD CT 06126-0222

| | |
|---|---|
| Payment Due Date | **11/16/22** |
| New Balance | **$259.86** |
| Minimum Payment Due | **$259.86** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$ _____ . ____
**Amount Enclosed**

0000259860000259862 18 4

WILFRED RIVERA                     Account Ending 1-81002                     p. 2/6

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at www.americanexpress.com/updatecontactinfo
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



## Blue Cash Everyday® from American Express

p. 1/5

WILFRED RIVERA
Closing Date 07/22/22
Account Ending 1-81002

| | |
|---|---|
| **Customer Care:** | 1-888-258-3741 |
| **TTY:** | Use Relay 711 |
| **Website:** | americanexpress.com |

| | |
|---|---|
| **New Balance** | **$146.21** |
| **Minimum Payment Due** | **$40.00** |
| **Payment Due Date** | **08/16/22** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 08/16/22, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 4 months | $146 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

(i) Account cancelled.

Please refer to the **IMPORTANT NOTICES** section on **page 5.**

Your AutoPay has been cancelled. Please make any payments using the payment coupon provided.

### Reward Dollars
as of 06/23/2022

**4.47**

For more details about Rewards, visit **americanexpress.com/cashbackrewards**

### Account Summary

| | |
|---|---|
| Previous Balance | $214.57 |
| Payments/Credits | -$69.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.64 |

| | |
|---|---|
| **New Balance** | **$146.21** |
| **Minimum Payment Due** | **$40.00** |
| Credit Limit | $1,000.00 |
| Cash Advance Limit | $0.00 |

↓ Please fold on the perforation below, detach and return with your payment↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending 1-81002**

Enter 15 digit account # on all payments.
Make check payable to American Express.

WILFRED RIVERA
260222 PO BOX
HARTFORD CT 06126-0222

| | |
|---|---|
| Payment Due Date | **08/16/22** |
| New Balance | **$146.21** |
| Minimum Payment Due | **$40.00** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$_____.____
**Amount Enclosed**

0000146210000004000 18 H

WILFRED RIVERA | Account Ending 1-81002 | p. 2/5

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement

represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



**Blue Cash Everyday® from American Express**                                    p. 1/5

WILFRED RIVERA
Closing Date 05/22/22
Account Ending 1-81002

| | |
|---|---|
| **Customer Care:** | 1-888-258-3741 |
| **TTY:** | Use Relay 711 |
| **Website:** | americanexpress.com |

| | |
|---|---|
| **New Balance** | **$225.47** |
| **Minimum Payment Due** | **$40.00** |
| **Payment Due Date** | **06/16/22** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 06/16/22, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Reward Dollars**
as of 04/22/2022

**4.47**

For more details about Rewards, visit
**americanexpress.com/cashbackrewards**

**Account Summary**

| | |
|---|---|
| Previous Balance | $265.47 |
| Payments/Credits | -$40.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

| **New Balance** | **$225.47** |
|---|---|
| **Minimum Payment Due** | **$40.00** |

| Credit Limit | $1,000.00 |
|---|---|
| Available Credit | $774.53 |
| Cash Advance Limit | $200.00 |
| Available Cash | $200.00 |

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 6 months | $225 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section on **page 5.**

We will debit your bank account for your payment of $40.00 on 06/15/22. This date may not be the same date your bank will debit your bank account. Any inquiry to American Express concerning this debit should be made before 06/13/22. If your AutoPay payment is less than your Minimum Payment Due, we must receive an additional payment for at least the difference by 06/16/22.

---

**Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/pbc

 **Pay by Phone**
1-800-472-9297

**Account Ending 1-81002**

Enter 15 digit account # on all payments.
Make check payable to American Express.

WILFRED RIVERA
261086 PO BOX
HARTFORD CT 06126

| Payment Due Date | **06/16/22** |
|---|---|
| New Balance | **$225.47** |
| AutoPay Amount | **$40.00** |

See reverse side for instructions
on how to update your address,
phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$_____ . \_\_\_\_\_$
**Amount Enclosed**

0000022547000004000  18  ᴚ

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

### Pay Your Bill with AutoPay
Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **www.americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



**Blue Cash Everyday® from American Express**                              p. 1/5

WILFRED RIVERA
Closing Date 03/22/22
Account Ending 1-81002

| Customer Care: | 1-888-258-3741 |
| TTY: | Use Relay 711 |
| Website: | americanexpress.com |

| New Balance | **$305.47** |
|---|---|
| Minimum Payment Due | **$40.00** |
| Payment Due Date | **04/16/22** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 04/16/22, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Reward Dollars**
as of 02/19/2022                                   **4.43**

For more details about Rewards, visit
**americanexpress.com/cashbackrewards**

**Account Summary**

| Previous Balance | $341.92 |
|---|---|
| Payments/Credits | -$40.00 |
| New Charges | +$3.55 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

| New Balance | **$305.47** |
|---|---|
| Minimum Payment Due | **$40.00** |

| Credit Limit | $1,000.00 |
|---|---|
| Available Credit | $694.53 |
| Cash Advance Limit | $200.00 |
| Available Cash | $200.00 |

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 8 months | $305 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section on **page 5.**

We will debit your bank account for your payment of $40.00 on 04/15/22. This date may not be the same date your bank will debit your bank account. Any inquiry to American Express concerning this debit should be made before 04/13/22. If your AutoPay payment is less than your Minimum Payment Due, we must receive an additional payment for at least the difference by 04/16/22.

*Continued on page 3*

---

✉ **Payment Coupon**
Do not staple or use paper clips

💻 **Pay by Computer**
americanexpress.com/pbc

📞 **Pay by Phone**
1-800-472-9297

**Account Ending 1-81002**
Enter 15 digit account # on all payments.
Make check payable to American Express.

WILFRED RIVERA
261086 PO BOX
HARTFORD CT 06126

| Payment Due Date | **04/16/22** |
|---|---|
| New Balance | **$305.47** |
| AutoPay Amount | **$40.00** |

See reverse side for instructions on how to update your address, phone number, or email.


AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$_____._____
**Amount Enclosed**

0000305470000040000 18 л

WILFRED RIVERA                     Account Ending 1-81002                                    p. 2/5

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.
**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.
**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*
**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.
**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.
**Credit Balance:** A credit balance (designated CR) shown on this statement

represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.
**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.
**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
**- Account information:** Your name and account number.
**- Dollar amount:** The dollar amount of the suspected error.
**- Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
**-** We cannot try to collect the amount in question, or report you as delinquent on that amount.
**-** The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
**-** While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
**-** We can apply any unpaid amount against your credit limit.
**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **www.americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



**Blue Cash Everyday® from American Express**                    p. 1/6

WILFRED RIVERA
Closing Date 12/22/21
Account Ending 1-81002

| | |
|---|---|
| **Customer Care:** | 1-888-258-3741 |
| **TTY:** | Use Relay 711 |
| **Website:** | americanexpress.com |

| | |
|---|---|
| **New Balance** | $0.00 |
| **Minimum Payment Due** | $0.00 |
| **Payment Not Required** | |

**Get cash back for eligible purchases when you use the Card.**
For more details about Rewards, please visit americanexpress.com/cashbackrewards

**Account Summary**

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$97.55 |
| New Charges | +$59.55 |
| Cash Advances | +$28.00 |
| Fees | +$10.00 |
| Interest Charged | +$0.00 |

| | |
|---|---|
| **New Balance** | **$0.00** |
| **Minimum Payment Due** | **$0.00** |

| | |
|---|---|
| Credit Limit | $1,000.00 |
| Available Credit | $1,000.00 |
| Cash Advance Limit | $200.00 |
| Available Cash | $200.00 |

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section on **page 5.**

**Welcome to American Express!** For tips on how you can get started and begin enjoying everything your new Card has to offer, please go to the page at the end of this statement.

Delivery of payments made by mail may be delayed. As a reminder, you can pay your bill online and enroll in paperless delivery of your statements and account communications by visiting **americanexpress.com** or the American Express® App.*

* iOS and Android only. See app store listings for operating system info.

---

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

 

**Pay by Phone**
1-800-472-9297

**Account Ending 1-81002**

Enter 15 digit account # on all payments.
Make check payable to American Express.

WILFRED RIVERA
261086 PO BOX
HARTFORD CT 06126

Payment Not Required

New Balance
**$0.00**

Minimum Payment Due
**$0.00**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$_____ . _____
**Amount Enclosed**

000000000000000000 18 ⊣

WILFRED RIVERA                    Account Ending 1-81002                    p. 2/6

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

### Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

# ZA  Zwicker & Associates, P.C.
ATTORNEYS AT LAW

WILFRED RIVERA
569 ZION ST APT A
HARTFORD, CT  06106-3239

**_Personal and Confidential_**                    12/23/22
Creditor: American Express
Account number ending in: 61000[1]        File ID: 6090835

Dear WILFRED RIVERA:

We are writing in response to a debt validation request we received concerning the American Express® account referenced above.

As requested, we are sending copies of statements and any other relevant documentation to serve as validation of debt. If you have any questions, please contact us at (800) 370-2251. We are available to assist you Monday through Thursday 8:00 AM – 9:00 PM and Friday 8:00 AM – 7:00 PM. (All times are Eastern).

Please note: This documentation can only be sent to the address on file. If an update to the address is needed, the basic Card Member, or an authorized party, can call us at the phone number below to request the change of address.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Enclosure

[1] See reverse side for important information.

**Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA  01810-1008**
Tel. (800) 363-3359  Fax (978) 686-3538  TTY (877) 249-1914
NY CITY AND YONKERS RESIDENTS ONLY CALL (877) 368-4531                DVS001AX
ZWICKERPC.COM

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:

ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
KANSAS
KENTUCKY
LOUISIANA
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

## IMPORTANT INFORMATION

<u>OFFICE HOURS:</u>  Monday through Thursday 8:00 AM – 9:00 PM, and Friday 8:00 AM – 7:00 PM.  (All times are Eastern).

Authorizing us by phone to set up payments on your account

If you and this firm agree that you can make a series of monthly payments on your account in specified amounts, you can authorize this firm by phone to initiate those payments electronically from your bank account. By (1) calling us at 800-370-2251 (NY City and Yonkers Residents Only Call 877-368-4531) or taking a call from us; (2) specifying the amounts and dates of payments which you would like to make; (3) identifying the bank account of yours which you wish to use to make the payments; and (4) electronically signing an Authorization, you authorize us to initiate payments from your account in the amounts and on the dates that you specify (and, if necessary, to electronically correct any erroneous debits or credits).  You understand that your bank may charge you a fee for any unsuccessful payment and that we have no liability for any such fee.  All ACH transactions that you authorize must comply with all applicable law and ACH network rules.  **YOU ARE NOT REQUIRED TO ARRANGE FOR OR AUTHORIZE ANY PAYMENTS OF THIS TYPE.  If you choose to provide an authorization, you can cancel it by calling us toll free at 800-370-2251 (NY City and Yonkers Residents Only Call 877-368-4531) or sending written notice to us at Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810.  Any cancellation request should be received by us at least three business days before the date on which you want the cancellation to be effective.**  Your authorization in no way limits any right you may have under federal law to stop payment of a preauthorized electronic transfer by contacting your financial institution.

New York City Department of Consumer Affairs License No. 2045431-DCA:  80 Minuteman Road, Andover, MA  01810
New York City Department of Consumer Affairs License No. 2045486-DCA:  2300 Litton Lane, Suite 200, Hebron, KY  41048
New York City Department of Consumer Affairs License No. 2048466-DCA:  1225 West Washington St., Suite 110, Tempe, AZ  85281
New York City Department of Consumer Affairs License No. 2087966-DCA:  14055 Riveredge Drive, Suite 400, Tampa, FL  33637

California DFPI License Pending

Wilfred-Jr:Rivera
P.O.Box260222
Hartford CT 06126

To ZWICKER & ASSOCIATES, P.C
80 Minuteman Road Andover, MA 01810

Attention CFO : RON LEVENSON

# NOTICE TO VALIDATE ALLEGED DEBT

I agent, Wilfred-Jr:Rivera am here on behalf of principle WILFRED RIVERA
JR hereby request you, ZWICKER & ASSOCIATES to validate this alleged
debt for accounts ending in 61000 by providing **ALL** of the following :

1. **Original contract with the wet signature of the principle**
2. **The complete accounting ledger**
3. **Proof of a lien via UCC-11 on the property**
4. **All the material disclosures**
5. **The copy of the proof of Identity that was used as satisfactory evidence
   (current document issued by a federal, or state agency bearing the
   photographic image of the individuals face and either the signature or a
   physical description of the individual).**

Notice in fact, you must provide **ALL** demanded information and failure to do so will result
ZWICKER & ASSOCIATES . defaulting and the alleged debt being in fact noncollectable.
You have 7 business days from receipt of this letter to perform these duties. If you can not
do so in the allotted time. Please provide a written detail description of why this was not
achievable.  Thank you for your cooperation in this matter.


Under 15 USC 1692g I DEMAND you validate the alleged debt. You are required to stop all
collection attempts until you provide the information requested.


Wilfred-Jr:Rivera
Authorized Agent



**American Express® Gold Card**

WILFRED RIVERA
Closing Date 11/20/22
Account Ending 5-61000

p. 1/6

| | |
|---|---|
| Customer Care: | 1-800-327-2177 |
| TTY: | Use Relay 711 |
| Website: | americanexpress.com |

| | |
|---|---|
| **New Balance** | **$2,081.87** |
| **Minimum Payment Due** | **$0.00** |
| **Payment Due Date** | **12/15/22** |

**Late Payment Warning:** If we do not receive your payment by the Payment Due Date of 12/15/22 , you may have to pay a late fee of up to $40.00.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 9 years | $4,903 |
| $83 | 3 years | $3,000 (Savings = $1,903) |

If you would like information about credit counseling services, call 1-888-733-4139.

→ See page 2 for important information about your account.

→ Please refer to the **IMPORTANT NOTICES** section on **page 5.**

→ For more information on your Pay Over Time Limit and your purchasing options, please see **page 4**

*Continued on page 3*

**Visit**

**www.membershiprewards.com**

**Account Summary**

| **Pay In Full** | | |
|---|---|---|
| Previous Balance | | $80.00 |
| Payments/Credits | | -$40.00 |
| New Charges | | +$0.00 |
| Fees | | +$0.00 |
| New Balance | = | $40.00 |

| **Pay Over Time and/or Cash Advance** | | |
|---|---|---|
| Previous Balance | | $2,041.87 |
| Payments/Credits | | -$0.00 |
| New Pay Over Time Charges | | +$0.00 |
| New Cash Advances | | +$0.00 |
| Fees | | +$0.00 |
| Interest Charged | | +$0.00 |
| New Balance | = | $2,041.87 |
| Minimum Due | | $0.00 |

| **Account Total** | |
|---|---|
| **Previous Balance** | **$2,121.87** |
| Payments/Credits | -$40.00 |
| New Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$2,081.87** |
| **Minimum Payment Due** | **$0.00** |

| **Pay Over Time Limit** | **$5,000.00** |
|---|---|

↓ Please fold on the perforation below, detach and return with your payment ↓

| **Payment Coupon** Do not staple or use paper clips | **Pay by Computer** americanexpress.com/pbc | **Pay by Phone** 1-800-472-9297 | **Account Ending 5-61000** |
|---|---|---|---|

Enter 15 digit account # on all payments.
Make check payable to American Express.


WILFRED RIVERA
569 ZION ST
APT A
HARTFORD CT 06106-3239

| | |
|---|---|
| | Payment Due Date **12/15/22** |
| | Minimum Payment Due **$0.00** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$_____ • ____
**Amount Enclosed**

000208187000000000 17 ⊣

WILFRED RIVERA                     Account Ending 5-61000                           p. 2/6

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will

be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
**- Account information:** Your name and account number.
**- Dollar amount:** The dollar amount of the suspected error.
**- Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
**-** We cannot try to collect the amount in question, or report you as delinquent on that amount.
**-** The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
**-** While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
**-** We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



**American Express® Gold Card**

WILFRED RIVERA
Closing Date 07/21/22
Account Ending 5-61000

p. 1/5

Customer Care:   1-800-327-2177
TTY:   Use Relay 711
Website:   americanexpress.com

| New Balance | $2,041.87 |
|---|---|
| Minimum Payment Due | $40.83 |
| Payment Due Date | 08/15/22 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 08/15/22, you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 8 years | $4,144 |
| $76 | 3 years | $2,722 (Savings = $1,422) |

If you would like information about credit counseling services, call 1-888-733-4139.

➡ See page 2 for important information about your account.

ⓘ Account cancelled.

➡ Please refer to the **IMPORTANT NOTICES** section on **page 5.**

▽ Your AutoPay has been cancelled. Please make any payments using the payment coupon provided.

*Continued on page 3*

**Membership Rewards® Points**
Available and Pending as of 06/30/22

**73,178**

🖳 For more details about Rewards, please visit americanexpress.com/rewardsinfo

**Account Summary**

| Pay In Full | |
|---|---|
| Previous Balance | $29.00 |
| Payments/Credits | -$104.17 |
| New Charges | +$75.17 |
| Fees | +$0.00 |
| New Balance = | $0.00 |

| Pay Over Time and/or Cash Advance | |
|---|---|
| Previous Balance | $2,161.12 |
| Payments/Credits | -$119.25 |
| New Pay Over Time Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $2,041.87 |
| Minimum Due | $40.83 |

| Account Total | |
|---|---|
| **Previous Balance** | **$2,190.12** |
| Payments/Credits | -$223.42 |
| New Charges | +$75.17 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$2,041.87** |
| **Minimum Payment Due** | **$40.83** |

| Pay Over Time Limit | $5,000.00 |
|---|---|

---

↓ Please fold on the perforation below, detach and return with your payment ↓


**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc


**Pay by Phone**
1-800-472-9297

**Account Ending 5-61000**
Enter 15 digit account # on all payments.
Make check payable to American Express.

WILFRED RIVERA
260222 PO BOX
HARTFORD CT 06126-0222

| Payment Due Date | **08/15/22** |
|---|---|
| New Balance | **$2,041.87** |
| Minimum Payment Due | **$40.83** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$_____.____
**Amount Enclosed**

0002041870000004083 17 ᴙ

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



## American Express® Gold Card

WILFRED RIVERA
Closing Date 05/20/22
Account Ending 5-61000

p. 1/7

| | | |
|---|---|---|
| Customer Care: | 1-800-327-2177 | |
| TTY: | Use Relay 711 | |
| Website: | americanexpress.com | |

| | |
|---|---|
| **New Balance** | **$2,157.15** |
| **Minimum Payment Due** | **$43.14** |
| **Payment Due Date** | **06/15/22** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 06/15/22 , you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 8 years | $4,220 |
| $77 | 3 years | $2,765 (Savings = $1,455) |

If you would like information about credit counseling services, call 1-888-733-4139.

→ See page 2 for important information about your account.

→ Please refer to the **IMPORTANT NOTICES** section on **page 7.**

*Continued on page 3*

### Membership Rewards® Points
Available and Pending as of 04/30/22

**11,681**

💻 For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

### Account Summary

**Pay In Full**
| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| New Balance          = | $0.00 |

**Pay Over Time and/or Cash Advance**
| | |
|---|---|
| Previous Balance | $2,159.98 |
| Payments/Credits | -$300.00 |
| New Pay Over Time Charges | +$297.17 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance          = | $2,157.15 |
| Minimum Due | $43.14 |

**Account Total**
| | |
|---|---|
| **Previous Balance** | **$2,159.98** |
| Payments/Credits | -$300.00 |
| New Charges | +$297.17 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$2,157.15** |
| **Minimum Payment Due** | **$43.14** |

| | |
|---|---|
| **Pay Over Time Limit** | **$5,000.00** |
| **Available Pay Over Time Limit** | $2,842.85 |

---

| ✉ **Payment Coupon** Do not staple or use paper clips |  **Pay by Computer** americanexpress.com/pbc |  **Pay by Phone** 1-800-472-9297 | **Account Ending 5-61000** |
|---|---|---|---|

Enter 15 digit account # on all payments.
Make check payable to American Express.

WILFRED RIVERA
261086 PO BOX
HARTFORD CT 06126

| | |
|---|---|
| Payment Due Date | **06/15/22** |
| New Balance | **$2,157.15** |
| AutoPay Amount | **$43.14** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$_____.___
**Amount Enclosed**

0002157150000043l4 17 A

WILFRED RIVERA                          Account Ending 5-61000                          p. 2/7

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will

be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

---

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

---

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



**American Express® Gold Card**

WILFRED RIVERA
Closing Date 03/21/22
Account Ending 5-61000

p. 1/7

**Customer Care:** 1-800-327-2177
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$1,895.21** |
| **Minimum Payment Due** | **$40.00** |
| **Payment Due Date** | **04/15/22** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 04/15/22, you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 7 years | $3,221 |
| $65 | 3 years | $2,348 (Savings = $873) |

If you would like information about credit counseling services, call 1-888-733-4139.

➡ See page 2 for important information about your account.

➡ Please refer to the **IMPORTANT NOTICES** section on **page 7.**

Continued on page 3

**Membership Rewards® Points**
Available and Pending as of 02/28/22

**6,944**

🖥 For more details about Rewards, please visit americanexpress.com/rewardsinfo

**Account Summary**

**Pay In Full**
| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| New Balance = | $0.00 |

**Pay Over Time and/or Cash Advance**
| | |
|---|---|
| Previous Balance | $1,341.45 |
| Payments/Credits | -$66.58 |
| New Pay Over Time Charges | +$620.34 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $1,895.21 |
| Minimum Due | $40.00 |

**Account Total**
| | |
|---|---|
| **Previous Balance** | **$1,341.45** |
| Payments/Credits | -$66.58 |
| New Charges | +$620.34 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$1,895.21** |
| **Minimum Payment Due** | **$40.00** |

| | |
|---|---|
| **Pay Over Time Limit** | $5,000.00 |
| **Available Pay Over Time Limit** | $3,104.79 |

---

✉ **Payment Coupon**
Do not staple or use paper clips

💻 **Pay by Computer**
americanexpress.com/pbc

📞 **Pay by Phone**
1-800-472-9297

**Account Ending 5-61000**

Enter 15 digit account # on all payments.
Make check payable to American Express.

WILFRED RIVERA
261086 PO BOX
HARTFORD CT 06126

| | |
|---|---|
| Payment Due Date | **04/15/22** |
| New Balance | **$1,895.21** |
| AutoPay Amount | **$40.00** |

See reverse side for instructions on how to update your address, phone number, or email.



AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$ _____ . ____

**Amount Enclosed**

0001895210000004000 17 A

WILFRED RIVERA                  Account Ending 5-61000                          p. 2/7

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



**American Express® Gold Card**

p. 1/9

WILFRED RIVERA
Closing Date 01/21/22
Account Ending 5-61000

Customer Care:   1-800-327-2177
TTY:                   Use Relay 711
Website:           americanexpress.com

| New Balance | $933.12 |
|---|---|
| Minimum Payment Due | $40.00 |
| Payment Due Date | 02/15/22 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 02/15/22 , you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 2 years | $1,022 |

If you would like information about credit counseling services, call 1-888-733-4139.

→ See page 2 for important information about your account.

→ Please refer to the **IMPORTANT NOTICES** section on **page 9.**

→ For more information on your Pay Over Time Limit and your purchasing options, please see **page 7**

*Continued on page 3*

**Membership Rewards® Points**
Available and Pending as of 12/31/21

**2,681**

For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

**Account Summary**

| Pay In Full | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| New Balance          = | $0.00 |

| Pay Over Time and/or Cash Advance | |
|---|---|
| Previous Balance | $1,687.92 |
| Payments/Credits | -$1,687.92 |
| New Pay Over Time Charges | +$933.12 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance          = | $933.12 |
| Minimum Due | $40.00 |

| Account Total | |
|---|---|
| **Previous Balance** | **$1,687.92** |
| Payments/Credits | -$1,687.92 |
| New Charges | +$933.12 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$933.12** |
| **Minimum Payment Due** | **$40.00** |

| **Pay Over Time Limit** | **$5,000.00** |
|---|---|
| **Available Pay Over Time Limit** | **$4,066.88** |

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending 5-61000**

Enter 15 digit account # on all payments.
Make check payable to American Express.

WILFRED RIVERA
261086 PO BOX
HARTFORD CT 06126

Payment Due Date
**02/15/22**

New Balance
**$933.12**

Minimum Payment Due
**$40.00**

See reverse side for instructions on how to update your address, phone number, or email.



AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$_____ . ____
**Amount Enclosed**

000093312000004000 17 ᴬ

WILFRED RIVERA                    Account Ending 5-61000                              p. 2/9

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

## Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



# Zwicker & Associates, P.C.

ATTORNEYS AT LAW

*[handwritten: 15 USC 1692 e(l)]*
*[handwritten: 15 USC 1692 j]*

WILFRED RIVERA JR        *[handwritten: 15 USC 1649]*
569 ZION ST APT A
HARTFORD, CT  06106-3239

*[handwritten: 15 USC 1692 e(A)]*

*__Personal and Confidential__*                01/10/23
Creditor: American Express
Account number ending in: 02002 [1]        File ID: 6090837
*[handwritten: [ ?_ ? ? ? ] -15 USC 1692 e (A)]*

Dear WILFRED RIVERA JR:

We are writing in response to a debt validation request we received concerning the American Express® account referenced above.

As requested, we are sending copies of statements and any other relevant documentation to serve as validation of debt. If you have any questions, please contact us at (800) 370-2251.  We are available to assist you Monday through Thursday 8:00 AM – 9:00 PM and Friday 8:00 AM – 7:00 PM. (All times are Eastern).

Please note: This documentation can only be sent to the address on file.  If an update to the address is needed, the basic Card Member, or an authorized party, can call us at the phone number below to request the change of address.

Sincerely,

*[handwritten: 15 USC 1692 (b)(2)]*

ZWICKER & ASSOCIATES, P.C.

*[handwritten: , 15 USC 1692 g (1)]*

This communication is from a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.

*[handwritten: 15 USC 1692d    15 USC 1692 e (10)]*

Enclosure

[1] See reverse side for important information.

**Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA  01810-1008**
Tel. (800) 363-3359   Fax (978) 686-3538   TTY (877) 249-1914
NY CITY AND YONKERS RESIDENTS ONLY CALL (877) 368-4531                DVS001AX
ZWICKERPC.COM

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:

ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
KANSAS
KENTUCKY
LOUISIANA
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

*[handwritten right margin: 15 USC 1692 e (3)]*
*[handwritten right margin: 15 USC 1692 e (9)]*
*[handwritten right margin: 15 USC 1692 e(5)]*

## **IMPORTANT INFORMATION**

OFFICE HOURS:  Monday through Thursday 8:00 AM – 9:00 PM, and Friday 8:00 AM – 7:00 PM.  (All times are Eastern).

### Authorizing us by phone to set up payments on your account

If you and this firm agree that you can make a series of monthly payments on your account in specified amounts, you can authorize this firm by phone to initiate those payments electronically from your bank account. By (1) calling us at 800-370-2251 (NY City and Yonkers Residents Only Call 877-368-4531) or taking a call from us; (2) specifying the amounts and dates of payments which you would like to make; (3) identifying the bank account of yours which you wish to use to make the payments; and (4) electronically signing an Authorization, you authorize us to initiate payments from your account in the amounts and on the dates that you specify (and, if necessary, to electronically correct any erroneous debits or credits).  You understand that your bank may charge you a fee for any unsuccessful payment and that we have no liability for any such fee.  All ACH transactions that you authorize must comply with all applicable law and ACH network rules.  **YOU ARE NOT REQUIRED TO ARRANGE FOR OR AUTHORIZE ANY PAYMENTS OF THIS TYPE.  If you choose to provide an authorization, you can cancel it by calling us toll free at 800-370-2251 (NY City and Yonkers Residents Only Call 877-368-4531) or sending written notice to us at Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810.  Any cancellation request should be received by us at least three business days before the date on which you want the cancellation to be effective.**  Your authorization in no way limits any right you may have under federal law to stop payment of a preauthorized electronic transfer by contacting your financial institution.

New York City Department of Consumer Affairs License No. 2045431-DCA:  80 Minuteman Road, Andover, MA  01810
New York City Department of Consumer Affairs License No. 2045486-DCA:  2300 Litton Lane, Suite 200, Hebron, KY  41048
New York City Department of Consumer Affairs License No. 2048466-DCA:  1225 West Washington St., Suite 110, Tempe, AZ  85281
New York City Department of Consumer Affairs License No. 2087966-DCA:  14055 Riveredge Drive, Suite 400, Tampa, FL  33637

California DFPI License Pending

Zwicker & Associates, P.C.
Attorneys at Law
80 Minuteman Road, Andover, MA 01810-1008
Tel. (800) 363-3359  TTY (877) 249-1914
www.zwickerpc.com

January 11, 2023

To:  WILFRED RIVERA JR
569 ZION ST APT A
HARTFORD, CT 06106-3239

**File ID:6090837**

**Zwicker & Associates, P.C. is a debt collector.** We are trying to collect a debt that you owe to AMERICAN EXPRESS. We will use any information you give us to help collect the debt.

## Our information shows:

You had an AMERICAN EXPRESS account with account number ending in 02002.

| | | |
|---|---|---|
| As of December 13, 2022, you owed: | $ | 1,633.99 |
| Between December 13, 2022 and today: | | |
| You were charged this amount in interest: + | $ | 0.00 |
| You were charged this amount in fees: + | $ | 0.00 |
| You paid or were credited this amount toward the debt: - | $ | 0.00 |
| Total amount of the debt now: | $ | 1,633.99 |

## How can you dispute the debt?

- **Call or write to us by February 23, 2023,** to dispute all or part of the debt. If you do not, we will assume that our information is correct.

- **If you write to us by February 23, 2023,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents.

## What else can you do?

- **Write to ask for the name and address of the original creditor,** if different from the current creditor. If you write by February 23, 2023, we must stop collection until we send you that information. You may use the form below or write to us without the form.

- **Go to www.cfpb.gov/debt-collection** to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.

- Contact us about your payment options.

<u>Notice:</u> See reverse side for important information.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Mail this form to:**
Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810-1008

WILFRED RIVERA JR
569 ZION ST APT A
HARTFORD, CT 06106-3239

## How do you want to respond?

*Check all that apply:*
☐ **I want to dispute the debt because I think:**

  ☐ This is not my debt.
  ☐ The amount is wrong.
  ☐ Other (please describe on reverse or attach additional information).

☐ **I want you to send me the name and address of the original creditor.**

☐ **I enclosed this amount:**  $ _____

Make your check payable to *Zwicker & Associates, P.C.*
Include the File ID number 6090837.

**IMPORTANT INFORMATION**

As of this time, no attorney with this firm has personally reviewed the particular circumstances of your account. This letter is not a threat of suit and should not be construed to be a threat of suit.

OFFICE HOURS:  Monday through Thursday 8:00 AM – 9:00 PM, and Friday 8:00 AM – 7:00 PM.  (All times are Eastern).

Authorizing us by phone to set up payments on your account

If you and this firm agree that you can make a series of monthly payments on your account in specified amounts, you can authorize this firm by phone to initiate those payments electronically from your bank account. By (1) calling us at 800-370-2251 or taking a call from us; (2) specifying the amounts and dates of payments which you would like to make; (3) identifying the bank account of yours which you wish to use to make the payments; and (4) electronically signing an Authorization, you authorize us to initiate payments from your account in the amounts and on the dates that you specify (and, if necessary, to electronically correct any erroneous debits or credits).  You understand that your bank may charge you a fee for any unsuccessful payment and that we have no liability for any such fee.  All ACH transactions that you authorize must comply with all applicable law and ACH network rules.  **YOU ARE NOT REQUIRED TO ARRANGE FOR OR AUTHORIZE ANY PAYMENTS OF THIS TYPE.  If you choose to provide an authorization, you can cancel it by calling us toll free at 800-370-2251 or sending written notice to us at Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810. Any cancellation request should be received by us at least three business days before the date on which you want the cancellation to be effective.**  Your authorization in no way limits any right you may have under federal law to stop payment of a preauthorized electronic transfer by contacting your financial institution.

Wilfred-Jr:Rivera
P.O.Box260222
Hartford CT 06126

To ZWICKER & ASSOCIATES, P.C
80 Minuteman Road Andover, MA 01810

Attention CFO : RON LEVENSON

# NOTICE TO VALIDATE ALLEGED DEBT

I agent, Wilfred-Jr:Rivera am here on behalf of principle WILFRED RIVERA
JR hereby request you, ZWICKER & ASSOCIATES to validate this alleged
debt for accounts ending in 02002 by providing **ALL** of the following :

1. **Original contract with the wet signature of the principle**
2. **The complete accounting ledger**
3. **Proof of a lien via UCC-11 on the property**
4. **All the material disclosures**
5. **The copy of the proof of Identity that was used as satisfactory evidence
   (current document issued by a federal, or state agency bearing the
   photographic image of the individuals face and either the signature or a
   physical description of the individual).**

Notice in fact, you must provide **ALL** demanded information and failure to do so will result
ZWICKER & ASSOCIATES . defaulting and the alleged debt being in f act noncollectable.
You have 7 business days from receipt of this letter to perform these duties. If you can not
do so in the allotted time. Please provide a written detail description of why this was not
achievable.  Thank you for your cooperation in this matter.

Under 15 USC 1692g I DEMAND you validate the alleged debt. You are required to stop all
collection attempts until you provide the information requested.

Wilfred-Jr:Rivera
Authorized Agent



**Business Gold Card**
GOODY GOODIEZ ENT
WILFRED RIVERA
Closing Date 12/13/22     Next Closing Date 01/13/23
Account Ending 8-02002

p. 1/5

**Customer Care:**   1-800-492-3344
**TTY:**   Use Relay 711
**Website:**   americanexpress.com

| | |
|---|---|
| **New Balance** | **$1,633.99** |
| **Minimum Payment Due** | **$350.00** |
| Includes the past due amount of $315.00 | |
| **Payment Due Date** | **01/07/23** |

**Late Payment Warning:** If you do not pay the Minimum Payment Due by the Payment Due Date of 01/07/23 , you may have to pay a late fee of the greater of $39.00 or 2.99% of the past due Pay in Full amount, and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 6 years | $2,867 |

If you would like information about credit counseling services, call 1-888-733-4139.

→ See page 2 for important information about your account.

→ Please refer to the **IMPORTANT NOTICES** section on **page 5.**

→ For information on your Pay Over Time feature and limit, see **page 3**

ⓘ **This statement is for information purposes only. This is not a bill. Please contact your collections agency for account information. Disregard the Minimum Payment Due, your account is in default and the balance is due in full.**

**Visit**
**www.membershiprewards.com**

### Account Summary

| Pay In Full Portion | | |
|---|---|---|
| Previous Balance | | $78.00 |
| Payments/Credits | | -$0.00 |
| New Charges | | +$0.00 |
| Fees | | +$0.00 |
| New Balance | = | $78.00 |
| **Pay Over Time Portion** | | |
| Previous Balance | | $1,555.99 |
| Payments/Credits | | -$0.00 |
| New Charges | | +$0.00 |
| Fees | | +$0.00 |
| Interest Charged | | +$0.00 |
| New Balance | = | $1,555.99 |
| Minimum Due | | $272.00 |
| **Account Total** | | |
| **Previous Balance** | | **$1,633.99** |
| Payments/Credits | | -$0.00 |
| New Charges | | +$0.00 |
| Fees | | +$0.00 |
| Interest Charged | | +$0.00 |
| **New Balance** | | **$1,633.99** |
| **Minimum Payment Due** | | **$350.00** |
| **Pay Over Time Limit** | | $2,000.00 |
| Days in Billing Period: 32 | | |

↓ Please fold on the perforation below, detach and return with your payment ↓


**Payment Coupon**
Do not staple or use paper clips


**Pay by Computer**
americanexpress.com/
business


**Pay by Phone**
1-800-472-9297

**Account Ending 8-02002**

Enter 15 digit account # on all payments.
Make check payable to American Express.

WILFRED RIVERA
GOODY GOODIEZ ENT
261086 PO BOX
HARTFORD CT 06126-1086

Payment Due Date
**01/07/23**

New Balance
**$1,633.99**

Minimum Payment Due
**$350.00**

See reverse side for instructions
on how to update your address,
phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$_____ . ____
**Amount Enclosed**

0001633990000035000 09 H

WILFRED RIVERA                     Account Ending 8-02002                                    p. 2/5

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**
What To Do If You Think You Find A Mistake On Your Statement
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.
What Will Happen After We Receive Your Letter
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



**Business Gold Card**
GOODY GOODIEZ ENT
WILFRED RIVERA
Closing Date 10/13/22    Next Closing Date 11/11/22
Account Ending 8-02002

p. 1/5

**Customer Care:**  1-800-492-3344
**TTY:**  Use Relay 711
**Website:**  americanexpress.com

| | |
|---|---|
| **New Balance** | **$1,633.99** |
| **Minimum Payment Due** | **$280.00** |
| Includes the past due amount of $187.00 | |
| **Payment Due Date** | **11/07/22** |

**Visit**
**www.membershiprewards.com**

### Account Summary

| Pay In Full Portion | | |
|---|---|---|
| Previous Balance | | $39.00 |
| Payments/Credits | | -$0.00 |
| New Charges | | +$0.00 |
| Fees | | +$39.00 |
| New Balance | = | $78.00 |
| **Pay Over Time Portion** | | |
| Previous Balance | | $1,516.86 |
| Payments/Credits | | -$0.00 |
| New Charges | | +$0.00 |
| Fees | | +$0.00 |
| Interest Charged | | +$39.13 |
| New Balance | = | $1,555.99 |
| Minimum Due | | $202.00 |

**Late Payment Warning:** If you do not pay the Minimum Payment Due by the Payment Due Date of 11/07/22 , you may have to pay a late fee of the greater of $39.00 or 2.99% of the past due Pay in Full amount, and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 6 years | $2,975 |

If you would like information about credit counseling services, call 1-888-733-4139.

| Account Total | |
|---|---|
| **Previous Balance** | **$1,555.86** |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$39.00 |
| Interest Charged | +$39.13 |
| **New Balance** | **$1,633.99** |
| **Minimum Payment Due** | **$280.00** |

| | |
|---|---|
| **Pay Over Time Limit** | $2,000.00 |
| Days in Billing Period: 31 | |

➡ See page 2 for important information about your account.

▽ Your account is cancelled and past due.

➡ Please refer to the **IMPORTANT NOTICES** section on **page 5.**

➡ For information on your Pay Over Time feature and limit, see **page 3**

---

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/business

 **Pay by Phone**
1-800-472-9297

**Account Ending 8-02002**

Enter 15 digit account # on all payments.
Make check payable to American Express.

WILFRED RIVERA
GOODY GOODIEZ ENT
260222 PO BOX
HARTFORD CT 06126-0222

Payment Due Date
**11/07/22**

New Balance
**$1,633.99**

Minimum Payment Due
**$280.00**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$_____ • ____
**Amount Enclosed**

0001633990000280000 09 A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

What To Do If You Think You Find A Mistake On Your Statement
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do so we may not follow these procedures and you may have to pay the amount in question.

What Will Happen After We Receive Your Letter
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



**Business Gold Card**
GOODY GOODIEZ ENT
WILFRED RIVERA
Closing Date 08/12/22      Next Closing Date 09/12/22
Account Ending 8-02002

p. 1/5

| | |
|---|---|
| **Customer Care:** | 1-800-492-3344 |
| **TTY:** | Use Relay 711 |
| **Website:** | americanexpress.com |

| | |
|---|---|
| **New Balance** | **$1,478.71** |
| **Minimum Payment Due** | **$95.00** |
| Includes the past due amount of $45.00 | |
| **Payment Due Date** | **09/07/22** |

**Visit**
**www.membershiprewards.com**

**Late Payment Warning:** If you do not pay the Minimum Payment Due by the Payment Due Date of 09/07/22 , you may have to pay a late fee of the greater of $39.00 or 2.99% of the past due Pay in Full amount, and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 6 years | $2,906 |

If you would like information about credit counseling services, call 1-888-733-4139.

→ See page 2 for important information about your account.

▽ Your account is cancelled and past due.

→ Please refer to the **IMPORTANT NOTICES** section on **page 5.**

→ For information on your Pay Over Time feature and limit, see **page 3**

**Account Summary**

| **Pay In Full Portion** | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments/Credits | | -$0.00 |
| New Charges | | +$0.00 |
| Fees | | +$0.00 |
| New Balance | = | $0.00 |

| **Pay Over Time Portion** | | |
|---|---|---|
| Previous Balance | | $1,442.71 |
| Payments/Credits | | -$0.00 |
| New Charges | | +$0.00 |
| Fees | | +$0.00 |
| Interest Charged | | +$36.00 |
| New Balance | = | $1,478.71 |
| Minimum Due | | $95.00 |

| **Account Total** | |
|---|---|
| **Previous Balance** | **$1,442.71** |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$36.00 |
| **New Balance** | **$1,478.71** |
| **Minimum Payment Due** | **$95.00** |

| **Pay Over Time Limit** | $2,000.00 |
|---|---|
| Days in Billing Period: 30 | |

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/
business

 **Pay by Phone**
1-800-472-9297

**Account Ending 8-02002**

Enter 15 digit account # on all payments.
Make check payable to American Express.

WILFRED RIVERA
GOODY GOODIEZ ENT
PO BOX 261086
HARTFORD CT 06126-1086

| | |
|---|---|
| Payment Due Date | **09/07/22** |
| New Balance | **$1,478.71** |
| Minimum Payment Due | **$95.00** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$_____ • ____
**Amount Enclosed**

0001478710000095000  09  ᕼ

WILFRED RIVERA                          Account Ending 8-02002                                p. 2/5

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

<u>What To Do If You Think You Find A Mistake On Your Statement</u>
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

<u>What Will Happen After We Receive Your Letter</u>
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

# ZA  Zwicker & Associates, P.C.

ATTORNEYS AT LAW

*[handwritten: 15 USC 1692e(1)]*
*[handwritten: 15 USC 1692 J]*

WILFRED RIVERA
569 ZION ST APT A
HARTFORD, CT  06106-3239

*[handwritten: - 15 USC 1644]*
*[handwritten: 15 USC 1692 e(14)]*

*Personal and Confidential*                    12/06/22
Creditor: American Express
Account number ending in: 32009 [1]       File ID: 6090832

*[handwritten: [What amount ???] - 15 USC 1692e(A)]*

Dear WILFRED RIVERA:

We are writing in response to a debt validation request we received concerning the American Express® account
referenced above.

As requested, we are sending copies of statements and any other relevant documentation to serve as validation of debt.
If you have any questions, please contact us at (800) 370-2251.  We are available to assist you Monday through
Thursday 8:00 AM – 9:00 PM and Friday 8:00 AM – 7:00 PM. (All times are Eastern).

Please note: This documentation can only be sent to the address on file.  If an update to the address is needed, the basic
Card Member, or an authorized party, can call us at the phone number below to request the change of address.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

*[handwritten: 15 USC 1692(b)(2)]*
*[handwritten: - 15 USC 1692 f(1)]*

This communication is from a debt collector.  This is an attempt to collect a debt and any information obtained will be
used for that purpose.

*[handwritten: 15 USC 1692d      15 USC 1692 e (10)]*

Enclosure

THIS LAW FIRM
EMPLOYS ONE OR
MORE ATTORNEYS
ADMITTED TO
PRACTICE IN THE
FOLLOWING
STATES:

ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
KANSAS
KENTUCKY
LOUISIANA
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEVADA
NEW
HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH
CAROLINA
OHIO
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH
CAROLINA
TENNESSEE
TEXAS
UTAH
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

*[handwritten margin notes: 15 USC 1692 e(3), 15 USC 1692 e(9), 15 USC 1692 e(3)]*

[1] See reverse side for important information.

**Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA  01810-1008**
Tel. (800) 363-3359   Fax (978) 686-3538   TTY (877) 249-1914
NY CITY AND YONKERS RESIDENTS ONLY CALL (877) 368-4531                    DVS001AX
ZWICKERPC.COM

**IMPORTANT INFORMATION**

OFFICE HOURS:  Monday through Thursday 8:00 AM – 9:00 PM, and Friday 8:00 AM – 7:00 PM.  (All times are Eastern).

<u>Authorizing us by phone to set up payments on your account</u>

If you and this firm agree that you can make a series of monthly payments on your account in specified amounts, you can authorize this firm by phone to initiate those payments electronically from your bank account. By (1) calling us at 800-370-2251 (NY City and Yonkers Residents Only Call 877-368-4531) or taking a call from us; (2) specifying the amounts and dates of payments which you would like to make; (3) identifying the bank account of yours which you wish to use to make the payments; and (4) electronically signing an Authorization, you authorize us to initiate payments from your account in the amounts and on the dates that you specify (and, if necessary, to electronically correct any erroneous debits or credits).  You understand that your bank may charge you a fee for any unsuccessful payment and that we have no liability for any such fee.  All ACH transactions that you authorize must comply with all applicable law and ACH network rules.  **YOU ARE NOT REQUIRED TO ARRANGE FOR OR AUTHORIZE ANY PAYMENTS OF THIS TYPE.  If you choose to provide an authorization, you can cancel it by calling us toll free at 800-370-2251 (NY City and Yonkers Residents Only Call 877-368-4531) or sending written notice to us at Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810.  Any cancellation request should be received by us at least three business days before the date on which you want the cancellation to be effective.**  Your authorization in no way limits any right you may have under federal law to stop payment of a preauthorized electronic transfer by contacting your financial institution.

New York City Department of Consumer Affairs License No. 2045431-DCA:  80 Minuteman Road, Andover, MA  01810
New York City Department of Consumer Affairs License No. 2045486-DCA:  2300 Litton Lane, Suite 200, Hebron, KY  41048
New York City Department of Consumer Affairs License No. 2048466-DCA:  1225 West Washington St., Suite 110, Tempe, AZ  85281
New York City Department of Consumer Affairs License No. 2087966-DCA:  14055 Riveredge Drive, Suite 400, Tampa, FL  33637

California DFPI License Pending

Wilfred-Jr:Rivera
P.O.Box260222
Hartford CT 06126

To ZWICKER & ASSOCIATES, P.C
80 Minuteman Road Andover, MA 01810

Attention CFO : RON LEVENSON

# NOTICE TO VALIDATE ALLEGED DEBT

I agent, Wilfred-Jr:Rivera am here on behalf of principle WILFRED RIVERA JR hereby request you, ZWICKER & ASSOCIATES to validate this alleged debt for accounts ending in 32009 by providing **ALL** of the following :

1. **Original contract with the wet signature of the principle**
2. **The complete accounting ledger**
3. **Proof of a lien via UCC-11 on the property**
4. **All the material disclosures**
5. **The copy of the proof of Identity that was used as satisfactory evidence (current document issued by a federal, or state agency bearing the photographic image of the individuals face and either the signature or a physical description of the individual).**

Notice in fact, you must provide **ALL** demanded information and failure to do so will result ZWICKER & ASSOCIATES . defaulting and the alleged debt being in fact noncollectable. You have 7 business days from receipt of this letter to perform these duties. If you can not do so in the allotted time. Please provide a written detail description of why this was not achievable.  Thank you for your cooperation in this matter.

Under 15 USC 1692g I DEMAND you validate the alleged debt. You are required to stop all collection attempts until you provide the information requested.

Wilfred-Jr:Rivera
Authorized Agent



**Business Gold Card**
GOODY GOODIEZ ENT
WILFRED RIVERA
Closing Date 12/13/21    Next Closing Date 01/13/22
Account Ending 8-01004   ? ? ?   N₀t 32009

p. 1/5

**Customer Care:** 1-800-492-3344
**TTY:** Use Relay 711
**Website:** americanexpress.com

| New Balance | $295.00 |
| --- | --- |
| **Payment Due Date** | **01/07/22** |

**Late Payment Warning:** If we do not receive your payment by the Payment Due Date of 01/07/22 , you may have to pay a late fee of $39.00.

↪ See page 2 for important information about your account.

↪ Please refer to the **IMPORTANT NOTICES** section on **page 5.**

↪ Learn how to take advantage of your Pay Over Time feature on **page 3**

**Membership Rewards® Points**
Available and Pending as of 11/30/21

**839**

🖥 For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

**Account Summary**

| Pay In Full Portion | |
| --- | --- |
| Previous Balance | $0.00 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$295.00 |
| New Balance            = | $295.00 |
| **Pay Over Time Portion** | |
| Previous Balance | $0.00 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance            = | $0.00 |
| Minimum Due | $0.00 |

| Account Total | |
| --- | --- |
| **Previous Balance** | **$0.00** |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$295.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$295.00** |

‾‾‾ ‾imit    $2,000.00
imit    ` ` 20.00

I accidently rinned the statements but was able to recoup the upper half which shows full evidence of a statement

started as Truth so help me LORD
whom ever that may be in all his
divine being.

Done In Good Faith
Wilfred-Ji: Rivera



**Business Gold Card**
GOODY GOODIEZ ENT
WILFRED RIVERA
Closing Date 02/10/22      Next Closing Date 03/13/22
Account Ending 8-01004   ??? *Not 32009*

p. 1/5

**Customer Care:**   1-800-492-3344
**TTY:**   Use Relay 711
**Website:**   americanexpress.com

| | |
|---|---|
| **New Balance** | **$853.45** |
| **Minimum Payment Due** | **$35.00** |
| **Payment Due Date** | **03/07/22** |

**Late Payment Warning:** If you do not pay the Minimum Payment Due by the Payment Due Date of 03/07/22 , you may have to pay a late fee of $39.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 3 years | $1,148 |

If you would like information about credit counseling services, call 1-888-733-4139.

→ See page 2 for important information about your account.

⌐ refer to the **IMPORTANT NOTICES** section on

**Membership Rewards® Points**
Available and Pending as of 01/31/22

**6,059**

🖥 For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

**Account Summary**

| | | |
|---|---|---|
| **Pay In Full Portion** | | |
| Previous Balance | | $295.00 |
| Payments/Credits | | -$295.00 |
| New Charges | | +$0.00 |
| Fees | | +$0.00 |
| New Balance | = | $0.00 |
| **Pay Over Time Portion** | | |
| Previous Balance | | $666.83 |
| Payments/Credits | | -$50.00 |
| New Charges | | +$223.12 |
| Fees | | +$0.00 |
| Interest Charged | | +$13.50 |
| New Balance | = | $853.45 |
| Minimum Due | | $35.00 |

| | |
|---|---|
| **Account Total** | |
| **Previous Balance** | **$961.83** |
| Payments/Credits | -$345.00 |
| New Charges | +$223.12 |
| Fees | +$0.00 |
| Interest Charged | +$13.50 |
| **New Balance** | **$853.45** |
| **Minimum Payment Due** | **$35.00** |

⌐                                    ⁁
$2,000.00
⁁6.55



**Business Gold Card**
GOODY GOODIEZ ENT
WILFRED RIVERA
Closing Date 04/12/22     Next Closing Date 05/13/22
Account Ending 8-01004     ??? Not 32009

p. 1/7

**Customer Care:**   1-800-492-3344
**TTY:**                   Use Relay 711
**Website:**          americanexpress.com

| | |
|---|---|
| **New Balance** | **$1,398.00** |
| **Minimum Payment Due** | **$39.00** |
| **Payment Due Date** | **05/07/22** |

**Late Payment Warning:** If you do not pay the Minimum Payment Due by the Payment Due Date of 05/07/22 , you may have to pay a late fee of $39.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.49 %.

**Membership Rewards® Points**
Available and Pending as of 03/31/22

**9,777**

For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

**Account Summary**

| Pay In Full Portion | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments/Credits | | -$0.00 |
| New Charges | | +$0.00 |
| Fees | | +$0.00 |
| New Balance | = | $0.00 |

| Pay Over Time Portion | | |
|---|---|---|
| Previous Balance | | $1,307.63 |
| Payments/Credits | | -$35.00 |
| New Charges | | +$100.23 |
| Fees | | +$0.00 |
| Interest Charged | | +$25.14 |
| New Balance | = | $1,398.00 |
| Minimum Due | | $39.00 |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 6 years | $2,522 |
| $54 | 3 years | $1,939 *(Savings = $583)* |

If you would like information about credit counseling services, call 1-888-733-4139.

~age 2 for important information about your account.

··· ·····OTICES section on

| Account Total | |
|---|---|
| **Previous Balance** | **$1,307.63** |
| Payments/Credits | -$35.00 |
| New Charges | +$100.23 |
| Fees | +$0.00 |
| Interest Charged | +$25.14 |

| | |
|---|---|
| **New Balance** | **$1,398.00** |
| **Minimum Payment Due** | **$39.00** |

$2,000.00
?.00



**Business Gold Card**
GOODY GOODIEZ ENT
WILFRED RIVERA
Closing Date 06/12/22      Next Closing Date 07/13/22
Account Ending 8-01004  ??? Not 32009

p. 1/7

| | |
|---|---|
| Customer Care: | 1-800-492-3344 |
| TTY: | Use Relay 711 |
| Website: | americanexpress.com |

| | |
|---|---|
| **New Balance** | **$1,559.63** |
| **Minimum Payment Due** | **$44.00** |
| **Payment Due Date** | **07/07/22** |

**Late Payment Warning:** If you do not pay the Minimum Payment Due by the Payment Due Date of 07/07/22 , you may have to pay a late fee of $39.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 7 years | $3,039 |
| $60 | 3 years | $2,178 (Savings = $861) |

If you would like information about credit counseling services, call 1-888-733-4139.

͏ne 2 for important information about your account.

**Membership Rewards® Points**
Available and Pending as of 05/31/22

**72,372**

For more details about Rewards, please visit americanexpress.com/rewardsinfo

**Account Summary**

| Pay In Full Portion | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments/Credits | | -$0.00 |
| New Charges | | +$0.00 |
| Fees | | +$0.00 |
| New Balance | = | $0.00 |

| Pay Over Time Portion | | |
|---|---|---|
| Previous Balance | | $1,446.59 |
| Payments/Credits | | -$42.00 |
| New Charges | | +$126.54 |
| Fees | | +$0.00 |
| Interest Charged | | +$28.50 |
| New Balance | = | $1,559.63 |
| Minimum Due | | $44.00 |

| Account Total | | |
|---|---|---|
| **Previous Balance** | | **$1,446.59** |
| Payments/Credits | | -$42.00 |
| New Charges | | +$126.54 |
| Fees | | +$0.00 |
| Interest Charged | | +$28.50 |
| **New Balance** | | **$1,559.63** |
| **Minimum Payment Due** | | **$44.00** |

$2,000.00
͏ ͏ ͏



# Zwicker & Associates, PC

NMLS ID: 1660443    Street Address: 80 Minuteman Road
Andover, MA 01810
Mailing Address: 80 Minuteman Road
Andover, MA 01810

Phone: 978-984-1044
Toll-Free Number: 800-370-2251
Fax: 978-686-0886

Website: www.zwickerpc.com
Email: zwicker@zwickerpc.com

Other Trade Names : None

Prior Other Trade Names : None

Prior Legal Names : None

Sponsored MLOs : 2

Fiscal Year End: 12/31    Formed in: Massachusetts, United States    Date Formed: 09/13/1991    Stock Symbol: None    Business Structure: Corporation

Regulatory Actions : None posted in NMLS.

**Branch Locations**   (4 Active, 0 Inactive)

*Not CT !*
*Fraud Business*

## State Licenses/Registrations   (Displaying 4 Active of 4 Total)

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| **Idaho** | Collection Agency License | Yes | **Submit to Regulator** |
| **Maryland** | Collection Agency License | Yes | **Submit to Regulator** |
| **Nevada - FID** | Foreign Collection Agency Registration | Yes | **Submit to Regulator** |
| **New Mexico** | Collection Agency License | Yes | **Submit to Regulator** |

Regulatory Actions    While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link.

No regulatory actions have been posted in NMLS.

Information made available through NMLS Consumer Access℠ is derived from NMLS **(Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry)**, the financial services industry's online registration and licensing database. NMLS was created by the **Conference of State Bank Supervisors (CSBS)** and the **American Association of Residential Mortgage Regulators (AARMR)** and is owned and operated by the **State Regulatory Registry LLC (SRR)**, a wholly owned subsidiary of CSBS. For more information about the System, please visit the **NMLS Resource Center** or the **NMLS Federal Registry Resource Center** websites. | **Download PDF Reader**



*Exhibit B*

 Better Business Bureau®

**Not BBB Accredited**

**Business Profile**
# Zwicker & Associates
Lawyers

## Contact Information

📍 320 East Beaver Rd
Troy, MI 48083

🌐 Visit Website

📞 (248) 743-0882

## BBB Rating & Accreditation

# NR

THIS BUSINESS IS NOT BBB ACCREDITED

Search for Accredited
Businesses in this category

**Customer Reviews are not used in the calculation of BBB Rating**

Reasons for BBB Rating

## Customer Reviews

This business has 0 reviews

Alerts

All alert types          Sort

Select all    ✉ Mark as read    🗑 Delete

⚠ **TransUnion: Potentially Negative Activity**

AMERICAN EXPRESS has flagged your account as Collection account.

Financial
Today

🗑

AMERICAN EXPRESS has flagged your account as Collection account with Equifax, which may
negatively impact your credit score based on TransUnion data.

**Source:**
TransUnion

**Company:**
AMERICAN EXPRESS

**Address:**
P.o. Box 981537, El Paso, TX 79998

**Activity:**
Collection account

Zwicker & Associates P.C has

**NOT YOU?** communicated with American Express to place this update
on my reputation and harm my character.

If anything is incorrect, please dispute with TransUnion®.

Defermation Of Character by
obscene & extortionate matters

Why am I receiving this? ˅

˄



| EMPLOYEE NAME | | | | WORK LOCATION | | ADVICE NO. |
|---|---|---|---|---|---|---|
| WILFRED RIVERA JR. | | | | 1021 CTHAR HUB 0619  N | | 1021364780 |
| EMPLOYEE I.D. | | TAX I.D. | FEDERAL STATUS | STATE WORK | STATE RES STATUS | ADVICE DATE |
| | | XXX-XX-9889 | S | S  00 | | 12/23/2022 |
| EARNINGS STATEMENT | PERIOD BEGIN | PERIOD END | TOTAL EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | NET AMOUNT |
| | 12/11/2022 | 12/17/2022 | 764.40 | 156.72 | 0.00 | 607.68 |

| EARNINGS | | | | | TAXES  -  DEDUCTIONS  -  MISC | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION  -  RATE  -  MILES  -  HOURS  -  GROSS PAY | | | | | DESCRIPTION  -  CURRENT  -  YEAR-TO-DATE | | |

CURRENT PAY RATE    20.80

| DESCRIPTION | RATE | HOURS | GROSS PAY | | DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| | | | | | TAXES | | |
| REGULAR | 20.800 | 23.25 | 483.60 | | FICA | 47.39 | 1,394.47 |
| OVERTIME | 31.200 | 9.00 | 280.80 | | FICA MEDICARE | 11.09 | 326.13 |
| TOTAL HOURS WORKED | | 32.25 | | | FEDERAL TAX | 67.81 | 1,575.62 |
| CURRENT TOTALS | | | 764.40 | | ST TAX- CT | 26.61 | 407.35 |
| Y-T-D TOTALS | 1,063.54 | 22,491.48 | | | CT FAM LV TAX | 3.82 | 112.44 |
| | | | | | TOTALS | 156.72 | |

Basic Work week + extra hours

VAC   0.00   W      OPD   0.00   H                    OTH   8.00   H

---

| EMPLOYEE NAME | | | | WORK LOCATION | | ADVICE NO. |
|---|---|---|---|---|---|---|
| WILFRED RIVERA JR. | | | | 1021 CTHAR HUB 0619  N | | 1021475691 |
| EMPLOYEE I.D. | | TAX I.D. | FEDERAL STATUS | STATE WORK | STATE RES STATUS | ADVICE DATE |
| | | XXX-XX-9889 | S | S  00 | | 01/13/2023 |
| EARNINGS STATEMENT | PERIOD BEGIN | PERIOD END | TOTAL EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | NET AMOUNT |
| | 01/01/2023 | 01/07/2023 | 83.20 | 6.78 | 53.00 | 23.42 |

| EARNINGS | | | | | TAXES  -  DEDUCTIONS  -  MISC | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION  -  RATE  -  MILES  -  HOURS  -  GROSS PAY | | | | | DESCRIPTION  -  CURRENT  -  YEAR-TO-DATE | | |

CURRENT PAY RATE    20.80

| DESCRIPTION | RATE | HOURS | GROSS PAY | | DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| | | | | | TAXES | | |
| HOLIDAY | 20.800 | 4.00 | 83.20 | | FICA | 5.15 | 31.72 |
| TOTAL HOURS WORKED | | 0.00 | | | FICA MEDICARE | 1.21 | 7.42 |
| CURRENT TOTALS | | | 83.20 | | CT FAM LV TAX | 0.42 | 2.56 |
| Y-T-D TOTALS | 24.60 | 511.68 | | | TOTALS | 6.78 | |
| | | | | | DEDUCTIONS | | |
| | | | | | UNIONDUE | 53.00 | 53.00 |
| | | | | | TOTALS | 53.00 | |

Hardly work because
of the mental stress
and anxiety was
not fit to perform
Lost wages!

VAC   0.00   W      OPD   0.00   H                    OTH   8.00   H

Wilfred Rivera Jr
P.o box 260222 Hartford CT 06126
01-08-2023

To Zwicker & Associates
80 Minuteman Road
Andover, MA 01810
NMLS ID:1660443

# NOTICE OF VIOLATIONS UNDER THE FDCPA
# & Federal Laws Under Tittle 18

To whom ever this may concern. Zwicker & Associates is a debt collector defined under 15 USC 1692(a)(6) which states a debt collector is any person who uses instrumentality of interstate commerce, such as the mails, in any business which the principal purpose is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another. Zwicker & Associates has attempted to collect on an alleged debt proving so.

Zwicker & Associates is in multiple Federal violations under the FDCPA as shown in the copy of initial offer form sent by said company which they are liable for under 15 USC 1692k.
Zwicker & Associates has been DEMANDED to validate the alleged debt under 15 USC 1692g and have FAILED to validate accordingly and instead sent STATEMENTS which ARE NOT sufficient evidence of a debt under court case ruling PACIFIC CONCRETE FCU v KAVANCE there for making the alleged debt UNCOLLECTABLE
Zwicker & Associates has attempted to collect money and conduct an EXTORTIONATE EXTENTION OF CREDIT for collection attempts on a alleged debt that derived from a CONSUMER CREDIT TRANSACTION where a FINANCE CHARGE was made(SUM OF ALL CHARGES 15 USC 1605) there for trying to collect money by OBSCENE MATTERS and in fact violating 18 USC 892 & 18 USC 1962
Zwicker & Associates pursuant to 28 U.S.Code § 3002(1)(B) needs a contract with a to collection service to recover or locate indebtedness owed by the United States Govt in accordance with 18 U.S.Code § 8 - HJR 192. Notice, it is a fact, affiant is aware, in the head of the agency involved in the collection of debts or collection activity when they perform any of the following conduct; administrative offset, tax refund offset, referral to private collection contractors, referral to agencies operating a debt collection center, reporting delinquencies to credit reporting bureaus, garnishing wages, and litigation or foreclosure. If Zwicker & Associates has filled out a 1099c form and is continuing any of these activities they have committed tax fraud and should be reported to the IRS for a fraudulent financial gain.
Zwicker & Associates has committed fraud under 15 USC 1644 for obtaining my non public information(credit card) to furnish an account to collect money in commerce without my knowledge and consent. Also Zwicker & Associates has mentioned they employ ATTORNEYS for collection of debt which is a direct violation under 15 USC 1692e(3) there for committing massive fraud.
Zwicker & Associates has committed fraud for attempting to collect on an alleged debt in a STATE where they do not have legal authority and liscense to do so.
Zwicker & Associates has violated me, harassed me and committed federal crimes under FDCPA & TITTLE 18 for RACKETEERING(RICO) for attempting to collect money on an alleged debt that derived from a FINANCE CHARGE by extortionate and obscene matters furnishing a account to collect in commerce without consent and authority on behalf of the UNITED STATES 18 USC 8 HJR 192.

I am willing to settle this matter in GOOD FAITH with Zwicker & Associates if they pay I the consumer in the amount of $40,000 by cashiers check to address P.O.Box 260222 Hartford CT 06126 within 14 days of receipt of this NOTICE.

Close record of our communication will be kept in case matters should escalate to LITIGATION.

I hope you do what is right IN GOOD FAITH.

## IMPORTANT INFORMATION

OFFICE HOURS:  Monday through Thursday 8:00 AM – 9:00 PM, and Friday 8:00 AM – 7:00 PM.  (All times are Eastern).

Authorizing us by phone to set up payments on your account

If you and this firm agree that you can make a series of monthly
authorize this firm by phone to initia
(NY City and Yonkers Residents On
payments which you would like to ma
(4) electronically signing an Authorizati
that you specify (and, if necessary, to ele
you a fee for any unsuccessful paymen
comply with all applicable law and AC
**ANY PAYMENTS OF THIS TYPE.**
**800-370-2251 (NY City and Yonker**
**Associates, P.C., 80 Minuteman Road**
**business days before the date on whi**
you may have under federal law to stop

New York City Department of Consumer
New York City Department of Consumer
New York City Department of Consumer
New York City Department of Consumer

California DFPI License Pending

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

To Zwicker & Associates
CFO
80 Minuteman Road
Andover, MA 01810

9590 9402 7513 2098 7563 39

2. Article Number (Transfer from service label)

7021 2720 0002 3992 9984

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                              ☐ Agent
                                               ☐ Addressee
B. Received by (Printed Name)          C. Date of Delivery

JAN 11 2023

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature                  ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®                  ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery              ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ail
☐ ...ail Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

Tried to settle the matter before court
In Good Faith and they ignored the matter